**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

LARRY NEVERS,

        Petitioner,

v.                                                Case No. 05-CV-71316-DT

PATRICIA CARUSO
and KYM L. WORTHY,

        Respondents.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Dismissing Habeas Corpus Petition" entered on May 13, 2005,

IT IS ORDERED AND ADJUDGED that the habeas petition is summarily DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  _____s/Lisa Teets_____
                                                  By: Lisa Teets, Case Manager
                                                    to Judge Robert H. Cleland